ante, p. 816;
ante, p. 822;
ante, p. 801;
ante, p. 822;
et al., ante, p. 823;
ante, p. 823;
ante, p. 827;
*971 No. 86-2005.
No. 86-2017.
No. 86-2049.
No. 86-2050.
No. 86-2066.
No. 86-6716.
No. 86-6922.
No. 86-6933.
No. 86-6951.
No. 86-6953.
No. 86-7082.
No. 86-7089.
No. 86-7093.
No. 86-7138.
No. 86-7162.
No. 87-2.
No. 87-9.
No. 87-46.
No. 87-53.
No. 87-91.
No. 87-190.
No. 87-195.
No. 87-207.
No. 87-229.
No. 87-288.
No. 87-304.
No. 87-5021.
No. 87-5023.
ante, p. 828;
ante, p. 828;
ante, p. 830;
ante, p. 830;
ante, p. 831;
ante, p. 832;
ante, p. 835;
ante, p. 872;
ante, p. 836;
ante, p. 872;
ante, p. 872;
ante, p. 842;
ante, p. 842;
ante, p. 844;
ante, p. 905;
ante, p. 845;
ante, p. 845;
ante, p. 847;
ante, p. 848;
ante, p. 849;
ante, p. 853;
ante, p. 853;
ante, p. 854;
ante, p. 802;
ante, p. 855;
ante, p. 898;
ante, p. 857;
ante, p. 857;
*972 No. 87-5062.
No. 87-5082.
No. 87-5117.
No. 87-5151.
No. 87-5181.
No. 87-5189.
No. 87-5191.
No. 87-5212.
No. 87-5241.
No. 87-5242.
No. 87-5258.
No. 87-5300.
No. 87-5309.
No. 87-5318.
No. 87-5349.
No. 87-5378.
No. 87-5394.
No. 87-5396.
ante, p. 803;
ante, p. 905;
ante, p. 873;
ante, p. 863;
ante, p. 864;
ante, p. 864;
ante, p. 864;
ante, p. 915;
ante, p. 899;
ante, p. 866;
ante, p. 873;
ante, p. 900;
ante, p. 868;
ante, p. 901;
ante, p. 902;
ante, p. 909;
ante, p. 916; and
ante, p. 916. Petitions for rehearing denied.